```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 13182
   JERRY B WATSON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-0858

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/24/2007 and was confirmed 09/14/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 05/01/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------
ARROW FINANCIAL            UNSECURED      NOT FILED            .00           .00
ASSET ACCEPTANCE LLC       UNSECURED         236.74            .00           .00
CITY OF CHICAGO PARKING    UNSECURED       10000.00            .00           .00
CORPORATE                  UNSECURED      NOT FILED            .00           .00
F&W LLC                    UNSECURED      NOT FILED            .00           .00
F&W LLC                    UNSECURED      NOT FILED            .00           .00
NDC CK SVC                 UNSECURED      NOT FILED            .00           .00
PARK DANSAN                UNSECURED      NOT FILED            .00           .00
PROFESSIONAL ACCOUNT MGM   UNSECURED      NOT FILED            .00           .00
RENEE BOYD                 UNSECURED      NOT FILED            .00           .00
RICKENBACKER               UNSECURED      NOT FILED            .00           .00
UN COLL TOL                UNSECURED      NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         610.88            .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,414.00                        598.20
TOM VAUGHN                 TRUSTEE                                          40.90
DEBTOR REFUND              REFUND                                          680.35

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                1,319.45

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                 598.20
TRUSTEE COMPENSATION                            40.90
DEBTOR REFUND                                  680.35
                       --------------        --------------
TOTALS                  1,319.45              1,319.45
```

PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 13182 JERRY B WATSON

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 08/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 13182 JERRY B WATSON